United States District Court
Southern District of Texas
**ENTERED**
February 11, 2026
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

| | |
|---|---|
| **CAMILO ENRIQUE VELASQUEZ-ZEPEDA,** § § § | |
| Petitioner, § § | |
| V. § | CIVIL ACTION NO. 5:26-CV-128 |
| § | |
| **ORLANDO RODRIGUEZ,** *et al.*, § § | |
| Respondents. § | |

## ORDER

Before the Court is Petitioner's Amended Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 and Complaint for Declaratory & Injunctive Relief, (Dkt. No. 13).

Based upon a review of the Amended Petition, the Court **ORDERS** Respondents to file a response to the petition and serve their response on Petitioner no later than **February 17, 2026**. 28 U.S.C. § 2243. Should Petitioner wish to file a reply, they must do so no later than **February 19, 2026**.

Accordingly, the Court **GRANTS LEAVE** for Respondents to file an amended motion for summary judgment addressing the issues raised in the amended petition by the above deadline.

It is so **ORDERED**.

**SIGNED** on February 11, 2026.

_____
John A. Kazen
United States District Judge