United States District Court
Southern District of Texas
**ENTERED**
May 01, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **CAMILO ENRIQUE VELASQUEZ-ZEPEDA,** | § | |
| | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 5:26-CV-00128** |
| | § | |
| **ORLANDO RODRIGUEZ, ET AL.,** | § | |
| | § | |
| **Respondents.** | § | |

## FINAL JUDGMENT

For the reasons and in the manner set forth in the Court's prior Memorandum Opinion & Order, (Dkt. No. 19), Petitioner's Unopposed First Amended Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 and Complaint for Declaratory & Injunctive Relief, (Dkt. No. 13), was **GRANTED in part and DENIED in part**, and Respondents' Motion for Summary Judgment, (Dkt. No. 15), was **DENIED**.

Following the Court's Order, no live claims remain in this case.

The Clerk of the Court is **DIRECTED** to **TERMINATE** this case.

This is a **FINAL JUDGMENT**.

It is so **ORDERED**.

**SIGNED** on May 1, 2026.

John A. Kazen
United States District Judge